| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Robert D. Wallace<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–6677 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    4/28/17 |
| Case number: | 17–18752–CMG | Date case converted to chapter: | 7    12/1/17 |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert D. Wallace | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2 Overview Court<br>Bayville, NJ 08721 | |
| 4. | **Debtor's attorney**<br>Name and address | Joseph Casello<br>Collins, Vella & Casello<br>2317 Route 34 South<br>Suite 1A<br>Manasquan, NJ 08736 | Contact phone (732) 751–1766 |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrea Dobin<br>Trenk DiPasquale<br>427 Riverview Plaza<br>Trenton, NJ 08611 | Contact phone (609) 695–6070 |

**For more information, see page 2 >**

Debtor **Robert D. Wallace**     Case number **17–18752–CMG**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 12/4/17 |
| **7. Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **January 5, 2018 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/6/18** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

United States Bankruptcy Court
District of New Jersey

In re:  
Robert D. Wallace  
    Debtor

Case No. 17-18752-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Dec 04, 2017  
                Form ID: 309A     Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2017.

```
db            +Robert D. Wallace,    2 Overview Court,    Bayville, NJ 08721-3813
516796175     +AAA Community Surgical,    PO Box 4686,    Toms River, NJ 08754-4686
516796176      Albany County Clerk,    16 Eagle Street,    Albany, NY 12207-1077
516796177     +Allshore Orthopedic Rehab.,    1430 Hopper Avenue,    Suite 201,    Toms River, NJ 08753-2895
516796178      BCA Financial Services, Inc.,    on behalf of Community Medical Center,
                18001 Old Cutler Road, Suite 462,    Miami, FL 33157-6437
516796179     +Catherine Philhower,    16 September Place,    Palm Coast, FL 32164-4412
516796181     +Citizens One Auto Finance,    One Citizens Plaza,    Providence, RI 02903-1344
516796185     +Financial Recoveries LTD.,    200 E Park Drive,    Suite 100,    Mount Laurel, NJ 08054-1297
516872204     +Frank G. Seitz, LLC,    Attorney At Law,    1126 Ship Avenue,    Beachwood, NJ 08722-2210
516796186      Geico,    PO Box 9515,    Fredericksburg, VA 22403-9515
516796187     +Hackensack University Medical Center,    PO Box 48027,    Newark, NJ 07101-4827
516796188      Horizon Blue Cross/Blue Shield of NJ,    PO Box 10193,    Newark, NJ 07101-3117
516796191     +Liberty Hospitalist Svcs,    LBN Jersey City Medical Center,    355 Grand Street,
                Jersey City, NJ 07302-4321
516796192      Michael Harrison, Esq.,    3155 Route 1D,    Denville, NJ 07834
516796194     +NJ Healthcare Specialists PC,    PO Box 419378,    Dept 10005,    Boston, MA 02241-9378
516796193     +New Century Imaging,    Hackensack Radiology,    555 Kinderkamack Road,    Oradell, NJ 07649-1517
516796195     +Ocean County Clerk,    118 Washington Street,    Toms River, NJ 08753-7626
516796196     +Ocean County Probation Division,    Child Support Enforcement,    PO Box 2191,
                Toms River, NJ 08754-2191
516796198     +RWJ Medical Group,    PO Box 15278,    Newark, NJ 07192-5278
516796197     +Rutgers RWJMG Emergency,    One Robert Wood Johnson Place,    MEB Room 104,
                New Brunswick, NJ 08901-1928
516796199     +Sara Otero,    2135 Ashland Court,    Salisbury, NC 28147-5666
516796201     +Sports Care of America,    530 Lakehurst Road,    Suite 204,    Toms River, NJ 08755-8063
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty            E-mail/Text: jcasello@cvclaw.net Dec 04 2017 23:21:04     Joseph Casello,
                Collins, Vella & Casello,    2317 Route 34 South,    Suite 1A,    Manasquan, NJ  08736
tr            +EDI: BADOBIN.COM Dec 04 2017 22:58:00      Andrea Dobin,    Trenk DiPasquale,
                427 Riverview Plaza,    Trenton, NJ 08611-3420
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 04 2017 23:21:48     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2017 23:21:45     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516796180     +E-mail/Text: bankruptcy@certifiedcollection.com Dec 04 2017 23:21:37
                Certified Credit & Collection Bureau,    PO Box 336,    Raritan, NJ 08869-0336
516796182     +E-mail/Text: ebn@barnabashealth.org Dec 04 2017 23:22:07     Communtiy Medical Center,
                P.O. Box 903,    Oceanport, NJ 07757-0903
516796183     +EDI: CONVERGENT.COM Dec 04 2017 22:58:00      Convergent Outsoursing,    800 SW 39th Street,
                Renton, WA 98057-4975
516796184     +EDI: CCS.COM Dec 04 2017 22:58:00      Credit Collection Services,    725 Canton Street,
                Norwood, MA 02062-2679
516796189      EDI: IRS.COM Dec 04 2017 22:58:00      Internal Revenue Service,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
516796190     +E-mail/Text: jgoley@leadersfc.com Dec 04 2017 23:21:37     Leaders Financial Company,
                21 Commerce Drive,    1st Floor-Ste 101,    Cranford, NJ 07016-3519
516907507      EDI: Q3G.COM Dec 04 2017 22:58:00      Quantum3 Group LLC as agent for,    CP Medical LLC,
                PO Box 788,    Kirkland, WA 98083-0788
516796200     +E-mail/Text: bankruptcy@senexco.com Dec 04 2017 23:21:12     Senex Services Corp,
                3333 Founders Road,    2nd Floor,    Indianapolis, IN 46268-4933
                                                                                              TOTAL: 12

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                         Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                 Page 2 of 2              Date Rcvd: Dec 04, 2017
                              Form ID: 309A               Total Noticed: 34
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2017 at the address(es) listed below:
              Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR HECM ACQUISITION TRUST 2016-2 WILMINGTON
               SAVINGS FUND SOCIETY, FSB NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joseph   Casello    on behalf of Debtor Robert D. Wallace jcasello@cvclaw.net,
               jcasello627@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    NATIONSTAR HECM ACQUISITION TRUST 2016-2 WILMINGTON
               SAVINGS FUND SOCIETY, FSB NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```